**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DARREN CUFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 10-cv-01349 |
| ) | |
| TRANS STATES HOLDINGS, INC., ) | Assigned Judge: Judge Leinenweber |
| TRANS STATES AIRLINES, GOJET ) | |
| AIRLINES, and ED TROWBRIDGE. ) | Magistrate: Judge Cole |
| ) | |
| Defendants. ) | |

**MOTION OF DEFENDANT TRANS STATES HOLDINGS, INC.
TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2)**

COMES NOW Defendant Trans States Holdings, Inc. (hereafter "TSH"), by and through its undersigned counsel, and moves this Court to dismiss Defendant TSH from the above titled action for lack of personal jurisdiction as authorized by Rule 12(b)(2) of the Federal Rules of Civil Procedure. In support of its motion, TSH states as follows:

1. As fully set forth in TSH's contemporaneously filed Memorandum in Support, this Court lacks personal jurisdiction over TSH. TSH is a corporation organized under the laws of the State of Delaware with its principal place of business in the State of Missouri. Further, TSH does not conduct business within Illinois, does not advertise in Illinois, does not possess or own real property in Illinois, nor does it have any employees in Illinois.

WHEREFORE for the foregoing reasons Defendant Trans States Holdings requests that this Court find that it does not have personal jurisdiction over Defendant Trans States Holdings, Inc. and for this reason dismisses Defendant Trans States

2

Holdings, Inc. from the above titled action, and for such other further relief as this Court deems just and proper under the circumstances.

Dated: March 26, 2010                 Respectfully Submitted,

/s/: David J.A. Hayes, III

David J.A. Hayes III, IlBar #623129
Vice President & General Counsel
Trans States Holdings, Inc.
11495 Navaid Rd.
Bridgeton, MO 63044
314-222-4316 Phone
314-222-4311 Fax
dhayes@transstates.net

Attorney for Defendant
Trans States Holdings, Inc.

## CERTIFICATE OF ELECTRONIC SERVICE
*Darren Cuff v. Trans States Holdings, Inc., et al.*
10-CV-01349

I hereby certify that on March 26, 2010, I electronically filed the foregoing **Motion to Dismiss**, with the Clerk of the Court for the Northern District of Illinois using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Filing: Alejandro Caffarelli and Bradley Manewith.

I also certify that I have sent a paper copy, via standard overnight delivery, to: Judge Leinenweber pursuant to Local Rule 5.2(f).

Dated: March 26, 2010               Respectfully Submitted,

                                    /s/: David J.A. Hayes, III
                                    _____
                                    David J.A. Hayes III, IlBar #623129
                                    Vice President & General Counsel
                                    Trans States Holdings, Inc.
                                    11495 Navaid Rd.
                                    Bridgeton, MO 63044
                                    314-222-4316 Phone
                                    314-222-4311 Fax
                                    dhayes@transstates.net

                                    Attorney for Defendant
                                    Trans States Holdings, Inc.