IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARREN CUFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 10-cv-01349 |
| ) | |
| TRANS STATES HOLDINGS, INC., ) | Honorable Harry D. Leinenweber |
| TRANS STATES AIRLINES, GOJET ) | Magistrate Judge Cole |
| AIRLINES, and ED TROWBRIDGE. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF HEARING

**TO:** Bradley S. Manewith
Alejandro Caffarelli
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 North Stetson, #3150
Chicago, IL 60601

**PLEASE TAKE NOTICE** that on the 19th day of May, 2010 at 9:30 a.m., or as soon thereafter as counsel may be heard, *Defendant Trans States Holdings, Inc.'s and Defendant GoJet Airlines' Motions to Dismiss* will be called up for hearing and disposition before the Hon. Harry D. Leinenweber.

Dated: April 21, 2010         /s/: David J.A. Hayes, III
                              _____
                              David J.A. Hayes, III Esq.
                              Vice President & General Counsel
                              Trans States Holdings, Inc.
                              11495 Navaid Rd., Ste. 340
                              St. Louis, MO 63044
                              314-222-4316 Phone
                              314-222-4311 Fax
                              dhayes@transstates.net

                              Attorney for Defendants

**CERTIFICATE OF ELECTRONIC SERVICE**
*Darren Cuff v. Trans States Holdings, Inc., et al.*
10-CV-01349

I hereby certify that on April 21, 2010, I electronically filed the foregoing **Notice of Hearing**, with the Clerk of the Court for the Northern District of Illinois using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Filing: Alejandro Caffarelli and Bradley Manewith.

I also certify that I have sent a paper copy, via standard overnight delivery, to: Judge Leinenweber pursuant to Local Rule 5.2(f).

Dated: April 21, 2010          Respectfully Submitted,

/s/: David J.A. Hayes, III

David J.A. Hayes III, IlBar #623129
Vice President & General Counsel
Trans States Holdings, Inc.
11495 Navaid Rd.
Bridgeton, MO 63044
314-222-4316 Phone
314-222-4311 Fax
dhayes@transstates.net

Attorney for Defendant GoJet Airlines LLC