# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 1349 | **DATE** | 7/8/2010 |
| **CASE TITLE** | DARREN CUFF vs. TRANS STATES HOLDINGS, INC. *et al.* | | |

**DOCKET ENTRY TEXT**

ENTER MEMORANDUM OPINION AND ORDER: Defendant Trans States Holdings, Inc.' Motion to Dismiss [Dkt.#13] is Denied. Defendant GoJet's Motion to Dismiss [Dkt.#12] is Denied. Plaintiff's Motion to Strike Defendant Trans States Holding, Inc.'s Reply [Dkt.#22] is Denied. Plaintiff's Motion to Strike Defendant GoJet's Reply [Dkt.#21] is Denied. Status hearing set for 8/25/2010 at 9:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|