**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

Darren Cuff

                    Plaintiff,

v.                                Case No.: 1:10–cv–01349

                                Honorable Harry D. Leinenweber

Trans States Holdings, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 8, 2010:

      MINUTE entry before Honorable Harry D. Leinenweber:Status hearing held on 9/8/2010. Discovery ordered closed by 12/31/2010. Status hearing set for 1/6/2011 at 9:00 AM.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.