UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARREN CUFF, | ) |
| Plaintiff, | ) No. 10-CV-1349 |
| vs. | ) Judge Leinenweber |
| | ) Magistrate Judge Cole |
| TRANS STATES HOLDINGS, INC., TRANS STATES AIRLINES, GOJET AIRLINES, and ED TROWBRIDGE, individually, | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Come now Defendants TRANS STATES HOLDINGS, INC. ("Holdings"), TRANS STATES AIRLINES ("Trans States"), GOJET AIRLINES ("GoJet") and ED TROWBRIDGE ("Trowbridge") (hereinafter collectively referred to as "Defendants"), by and through their undersigned attorneys, pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, and move this Court for summary judgment in their favor on all claims. In support of their motion, Defendants state as follows:

1. Plaintiff filed this two count lawsuit against Defendants alleging violations of the Family Medical Leave Act of 1993, 29 U.S.C. § 2615 ("FMLA"). In Count I of his Complaint, Plaintiff alleges Defendants interfered with his FMLA rights by wrongfully denying his request for FMLA leave and terminating his employment for absences which included FMLA qualifying absences. In Count II of his Complaint, Plaintiff alleges Defendants retaliated against him for exercising his FMLA rights by failing to increase his pay in or about October 2009 and terminating his employment.

1

2.	The undisputed material facts establish that Defendants did not interfere with or retaliate against Plaintiff for requesting FMLA, rather Plaintiff was terminated for failure to show up for work on January 11, 2010.

3.	There is no genuine issue as to any material fact in this case and Defendants are entitled to judgment as a matter of law.

4.	In further support of this motion, Defendants file contemporaneously herewith their Statement of Undisputed Material Facts with Exhibits and Memorandum of Law in Support of this Motion for Summary Judgment.

WHEREFORE Defendants TRANS STATES HOLDINGS, INC., TRANS STATES AIRLINES, GOJET AIRLINES and ED TROWBRIDGE respectfully request that this Court enter summary judgment in their favor and against Plaintiff on all claims, and grant such other relief as this Court deems just and proper under the circumstances.

Dated: April 8, 2011                    Respectfully Submitted,


                                        /s/: David J.A. Hayes, III
                                        _____
                                        David J.A. Hayes III, IlBar #623129
                                        Vice President & General Counsel
                                        Trans States Holdings, Inc.
                                        11495 Navaid Rd.
                                        Bridgeton, MO 63044
                                        314-222-4316  Phone
                                        314-222-4311  Fax
                                        dhayes@transstates.net

                                        Attorney for Defendants

## CERTIFICATE OF ELECTRONIC SERVICE
*Darren Cuff v. Trans States Holdings, Inc., et al.*
10-CV-01349

I hereby certify that on April 8, 2011, I electronically filed the foregoing **Defendants' Motion for Summary Judgment** with the Clerk of the Court for the Northern District of Illinois using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Filing: Alejandro Caffarelli and Bradley Manewith.

I also certify that I have forwarded a paper copy of the foregoing, via standard overnight delivery, to: Judge Leinenweber pursuant to Local Rule 5.2(f).

Dated: April 8, 2011          Respectfully Submitted,

/s/: *David J.A. Hayes, III*
_____
David J.A. Hayes III, IlBar #623129
Vice President & General Counsel
Trans States Holdings, Inc.

Attorney for Defendants

3