**DOCUMENT NOT IMAGED DUE TO REASON[S] CHECKED BELOW**

☐    SEALED/RESTRICTED DOCUMENT (A court order is required to view a sealed/restricted document.)

☐    TOO VOLUMINOUS

☐    PHOTOGRAPHS

☐    CIVIL BOND

☐    CRIMINAL BOND

☐    MISCELLANEOUS [MC] CASE

☑    OTHER:   1 CD of Exhibits to Pltf' Rule 56.1(b)(3) Statement

**TO VIEW THE DOCUMENT YOU MUST OBTAIN THE CASE FILE AT THE CLERK'S OFFICE. THE CLERK'S OFFICE IS OPEN FROM 8:30 AM. to 4:30 P.M. MONDAY THROUGH FRIDAY EXCEPT FOR LEGAL HOLIDAYS. TO OBTAIN A COPY CALL THE CLERK'S OFFICE SERVICE CENTER - COPY DESK AT 312-435-5699.**