**FILED**
APR 1 1 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARREN CUFF,<br><br>    Plaintiff,<br><br>v.<br><br>TRANS STATES HOLDINGS, INC., TRANS STATES AIRLINES, GOJET AIRLINES, and ED TROWBRIDGE, individually,<br><br>    Defendants. | Judge Leinenweber<br>Magistrate Judge Cole<br><br>No. 10 CV 01349 |

**NOTICE OF FILING
OF EXHIBIT "H" TO PLAINTIFF'S RULE 56.1(A)(3)
STATEMENT OF MATERIAL FACTS**

**PLEASE TAKE NOTICE** that on April 11, 2011, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Exhibit "H" to Plaintiff's Rule 56.1(b)(3) Statement of Material Facts.

Dated: April 11, 2011

Respectfully submitted,

Alejandro Caffarelli, #06239078
Bradley Manewith, #06280535
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 North Stetson Ste. 3150
Chicago, IL 60601
Tel. (312) 540-1230
Fax (312) 540-1231

DARREN CUFF

By: _____
    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of the attached, **Exhibit "H" to Plaintiff's Rule 56.1(b)(3) Statement of Material Facts**, to be served upon the party below by electronically filing with the Clerk of the U.S. District Court of the Northern District of Illinois on April 11, 2011.

David J.A. Hayes, III
Vice President & General Counsel
Trans States Holdings, Inc.
11495 Navaid Road
Bridgeton, MO 63044
Tel. (314) 222-4316
Fax (314) 222-4311
dhayes@transstates.net

A courtesy copy was delivered to the chambers of Judge Leinenweber via hand delivery within 24 hours of e-filing.

Bradley Manewith
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 N. Stetson, Suite 3150
Chicago, IL 60601