# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 1349 | **DATE** | 10/6/2011 |
| **CASE TITLE** | Darren Cuff vs. Trans States Holdings, Inc., *et al.* | | |

**DOCKET ENTRY TEXT**

ENTER MEMORANDUM OPINION AND ORDER: Plaintiff's Motion to Strike Gerald Wigmore's Affidavit and Other Material [86] is Denied. Plaintiff's Motion for Summary Judgment on Count I of his Complaint [74] is Granted. Defendants' Motion for Summary Judgment [75] is Denied. Status hearing set for 11/8/2011 at 9:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|