**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DARREN CUFF, | **Judge Leinenweber** |
| Plaintiff, | Magistrate Judge Cole |
| v. | No. 10 CV 01349 |
| TRANS STATES HOLDINGS, INC., TRANS STATES AIRLINES, GOJET AIRLINES, and ED TROWBRIDGE, individually, | |
| Defendants. | |

**STIPULATION TO DISMISS COUNT II OF PLAINTIFF'S COMPLAINT
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Plaintiff, Darren Cuff, hereby stipulates and agrees to voluntarily dismiss Count II of his Complaint (FMLA Retaliation) with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Defendants, Trans States Holdings, Inc., Trans States Airlines, GoJet Airlines, and Ed Trowbridge, hereby stipulate and agree to Plaintiff's voluntary dismissal of Count II of his Complaint (FMLA Retaliation) with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

| **For Plaintiff** | **For Defendants** |
|---|---|
| /s/ Alejandro Caffarelli | /s/ David J.A. Hayes III |
| Attorney for Plaintiff | Attorney for Defendants |
| | |
| Alejandro Caffarelli | David J.A. Hayes III |
| Bradley Manewith | Leslie Cavender |
| Caffarelli & Siegel Ltd. | Vice President & General Counsel |
| Two Prudential Plaza | Trans States Holdings, Inc. |
| 180 N. Stetson, Suite 3150 | 11495 Navaid Road |
| Chicago, IL 60601 | Bridgeton, MO 63044 |
| Tel. (312) 540-1230 | Tel. (314) 222-4316 |
| Fax (312) 540-1231 | Fax (314) 222-4311 |

## CERTIFICATE OF SERVICE

  The undersigned, an attorney, hereby certifies that he caused a copy of the attached, **Stipulation to Dismiss Count II of Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),** to be served upon the party below by electronically filing with the Clerk of the U.S. District Court of the Northern District of Illinois on February 13, 2012.

David J.A. Hayes, III
Vice President & General Counsel
Trans States Holdings, Inc.
11495 Navaid Road
Bridgeton, MO 63044
Tel. (314) 222-4316
Fax (314) 222-4311
dhayes@transstates.net

A courtesy copy was delivered to the chambers of Judge Leinenweber via hand delivery within 24 hours of e-filing.

            /s/ Alejandro Caffarelli
            Alejandro Caffarelli
            Caffarelli & Siegel Ltd.
            Two Prudential Plaza
            180 N. Stetson, Suite 3150
            Chicago, IL 60601