# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 1349 | **DATE** | 2/28/2012 |
| **CASE TITLE** | Darren Cuff vs. Trans States Holding Inc.,et al | | |

**DOCKET ENTRY TEXT**

The Jury returns its verdict in favor of the Plaintiff, Darren Cuff and against the defendants' in the amount of $28,800.00. Judgment is hereby entered on the verdict in favor of the plaintiff, Darren Cuff and against the defendants' in the amount of $28,800.00. Trial ends-jury.

Docketing to mail notices.
*Mail AO 450 form.

1:30

| | Courtroom Deputy Initials: | WAP |
|---|---|---|