# United States District Court
## Northern District of Illinois
### Eastern Division

Darren Cuff                              **JUDGMENT IN A CIVIL CASE**

      v.                              Case Number: 10 C 1349

Trans States Holdings, Inc., et al

■     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is hereby entered in favor of the plaintiff, Darren Cuff and against the defendants Trans States Holdings, Inc., Trans States Airlines, Gojet Airlines, and Ed Trowbridge in the amount of $28, 800.00.

Thomas G. Bruton, Clerk of Court

Date: 2/28/2012

                                              /s/ Wanda A. Parker, Deputy Clerk