United Processing, Inc.
162 W. Grand Avenue
Chicago, IL 60654
312.629.0140

Invoice #: 48469

OurTax Id #: **36-3773358**

Date: 03/16/2010

Caffarelli & Siegel Ltd.
180 North Stetson Avenue
Suite 3150
Chicago, IL 60601

## INVOICE FOR SERVICE

**ATTN: Joanna Germann Zalewski**
Service #109263: Ed Trowbridge
Darren Cuff v. Trans States Holdings, Inc., Trans States Airlines, GoJet Airlines, and Ed Trowbridge, individually
Service of Process-Out of State

Your File#
Court Case #: 10-CV-01349

$125.00

**ATTN: Joanna Germann Zalewski**
Service #109260: GoJet Airlines c/o Richard A. Leach – President and Chief Operating Officer
Darren Cuff v. Trans States Holdings, Inc., Trans States Airlines, GoJet Airlines, and Ed Trowbridge, individually
Service of Process-Out of State

Your File#
Court Case #: 10-CV-01349

$75.00

**ATTN: Joanna Germann Zalewski**
Service #109259: Trans States Airlines c/o Richard A. Leach – President and Chief Operating Officer
Darren Cuff v. Trans States Holdings, Inc., Trans States Airlines, GoJet Airlines, and Ed Trowbridge, individually
Service of Process-Out of State

Your File#
Court Case #: 10-CV-01349

$75.00

**ATTN: Joanna Germann Zalewski**
Service #109258: Trans States Holdings, Inc. c/o Richard A. Leach – Registered Agent
Darren Cuff v. Trans States Holdings, Inc., Trans States Airlines, GoJet Airlines, and Ed Trowbridge, individually
Service of Process-Out of State

Your File#
Court Case #: 10-CV-01349

$75.00

**TOTAL CHARGES:**                                          **$350.00**

**BALANCE:**                                                **$350.00**

## TEXTNET® Court Reporters®

4401 Travis Terrace
Madison, WI 53711

| Date | Invoice# | Paid |
|---|---|---|
| 12/25/2010 | 27093tos | 1/7/2011 |



**Billed to:**
Alejandro Caffarelli
Caffarelli & Siegel Ltd
180 N Stetson Ave
Suite 3150
Chicago, IL 60601

| | |
|---|---|
| Date | 12/21/2010 |
| Time | 1000 |
| Witness | Alicia Gabriel |
| Case | Darren Cuff v Trans States Holdings, Inc. and Ed Trowbridge |
| Venue | Northern District of Illinois - Eastern Division |
| Case # | 1:2010CV01349 |
| File No. | |
| Claim No. | |

| Description | Price | Quan | Total |
|---|---|---|---|
| Notary Public Hourly Attendance | $50.00 | 3 | $150.00 |
| E-Transcript, condensed, word index, ASCII | $2.80 | 23 | $64.40 |
| | **Invoice Total** | | **$214.40** |
| | **Payments** | | **$214.40** |
| | **Balance Due** | | **$0.00** |

### TAX ID# 39-1418392

**Click Here** to pay this invoice now using your credit card
We accept Master Card, VISA, American Express, and Discover.

## TEXTNET® Court Reporters®

4401 Travis Terrace
Madison, WI 53711

| Date | Invoice# | Paid |
|---|---|---|
| 12/23/2010 | 27091tos | 1/7/2011 |



**Billed to:**
Alejandro Caffarelli
Caffarelli & Siegel Ltd
180 N Stetson Ave
Suite 3150
Chicago, IL 60601

| | |
|---|---|
| **Date** | 12/21/2010 |
| **Time** | 100 |
| **Witness** | Angela Audrey Giacchetti |
| **Case** | Darren Cuff v Trans States Holdings, Inc. and Ed Trowbridge |
| **Venue** | Northern District of Illinois - Eastern Division |
| **Case #** | 1:2010CV01349 |
| **File No.** | |
| **Claim No.** | |

| Description | Price | Quan | Total |
|---|---|---|---|
| Notary Public Hourly Attendance | $50.00 | 3 | $150.00 |
| E-Transcript, condensed, word index, ASCII | $2.80 | 88 | $246.40 |
| Adobe PDF Exhibit Number Bookmarks | $1.00 | 1 | $1.00 |
| Online Exhibits | $0.45 | 4 | $1.80 |

| | |
|---|---|
| **Invoice Total** | $399.20 |
| **Payments** | $399.20 |
| **Balance Due** | $0.00 |

**TAX ID# 39-1418392**

Click Here to pay this invoice now using your credit card
We accept Master Card, VISA, American Express, and Discover.

**TEXTNET® Court Reporters®**
4401 Travis Terrace
Madison, WI 53711

| Date | Invoice# | Paid |
|---|---|---|
| 10/21/2010 | 27018gtw | 11/7/2010 |

**Billed to:**
Alejandro Caffarelli
Caffarelli & Siegel Ltd
180 N Stetson Ave
Suite 3150
Chicago, IL 60601

| | |
|---|---|
| **Date** | 9/27/2010 |
| **Time** | 1000 |
| **Witness** | Michael Robin Aniballi |
| **Case** | Darren Cuff v Trans States Holdings, Inc. and Ed Trowbridge |
| **Venue** | Northern District of Illinois - Eastern Division |
| **Case #** | 1:2010CV01349 |
| **File No.** | |
| **Claim No.** | |

| Description | Price | Quan | Total |
|---|---|---|---|
| Notary Public Hourly Attendance | $50.00 | 3 | $150.00 |
| Online Exhibits | $0.45 | 12 | $5.40 |
| Adobe PDF Exhibit Number Bookmarks | $1.00 | 3 | $3.00 |
| E-Transcript, condensed, word index, ASCII | $2.80 | 73 | $204.40 |

| | |
|---|---|
| **Invoice Total** | **$362.80** |
| **Payments** | **$362.80** |
| **Balance Due** | **$0.00** |

**TAX ID# 39-1418392**

Click Here **to pay this invoice now using your credit card**
**We accept Master Card, VISA, American Express, and Discover.**

## TEXTNET® Court Reporters®

4401 Travis Terrace
Madison, WI 53711

<u>Date</u>      <u>Invoice#</u>      <u>Paid</u>
11/3/2010  28000aud  11/18/2010



**Billed to:**
Alejandro Caffarelli
Caffarelli & Siegel Ltd
180 N Stetson Ave
Suite 3150
Chicago, IL 60601

| | |
|---|---|
| Date | 10/21/2010 |
| Time | 1000 |
| Witness | Eddie Ray Trowbridge |
| Case | Darren Cuff v Trans States Holdings, Inc. and Ed Trowbridge |
| Venue | Northern District of Illinois - Eastern Division |
| Case # | 1:2010CV01349 |
| File No. | |
| Claim No. | |

| Description | Price | Quan | Total |
|---|---|---|---|
| Adobe PDF Exhibit Number Bookmarks | $1.00 | 57 | $57.00 |
| Online Exhibits | $0.45 | 172 | $77.40 |
| Notary Public Hourly Attendance | $50.00 | 5.5 | $275.00 |
| E-Transcript, condensed, word index, ASCII | $2.80 | 129 | $361.20 |

|  |  |
|---|---|
| Invoice Total | $770.60 |
| Payments | $770.60 |
| Balance Due | $0.00 |

**TAX ID# 39-1418392**

<u>Click Here</u> to pay this invoice now using your credit card
We accept Master Card, VISA, American Express, and Discover.

Marzullo Reporting Agency

Marzullo Reporting Agency
345 North LaSalle, 1605
Chicago, IL 60654
Tax ID 36-3901730

# Invoice

| Date | Invoice # |
|---|---|
| 3/18/2011 | 31111/lls |

| Bill To |
|---|
| Caffarelli & Siegel<br>180 North Stetson, 3150<br>Chicago, IL 60601<br>Bradley Manewith |

| Terms | Caption | Rep |
|---|---|---|
| 1-CV-01349 | Due on receipt | ls |

| Description | Qty | Rate | Serviced | Amount |
|---|---|---|---|---|
| Deposition of Darren Cuff | | | 3/11/2011 | |
| Transcript copy | 296 | 3.10 | | 917.60 |
| Electronic transfer | 1 | 25.00 | | 25.00 |
| Postage and handling | 1 | 6.00 | | 6.00 |
| Once we receive your check for the total amount due, we will forward the transcript to you. | | 0.00 | | 0.00 |

Cuff vs Trans States 10-CV-01349

| | |
|---|---|
| Total | $948.60 |
| Payments/Credits | $0.00 |
| Balance Due | $948.60 |

E-mail: marz1605@aol.com

Marzullo Reporting Agency

Marzullo Reporting Agency
345 North LaSalle, 1605
Chicago, IL 60654
Tax ID 36-3901730

# Invoice

| Date | Invoice # |
|---|---|
| 2/22/2011 | 2811/1pm |

| Bill To |
|---|
| Caffarelli & Siegel |
| 180 North Stetson, 3150 |
| Chicago, IL 60601 |
| Bradley Manewith |

| Terms | Caption | Rep |
|---|---|---|
| 1--CV-01349 | Due on receipt | pm |

| Description | Qty | Rate | Serviced | Amount |
|---|---|---|---|---|
| Deposition of Jean Cuff | | | 2/8/2011 | |
| Transcript copy | 106 | 2.45 | | 259.70 |
| Electronic transfer | 1 | 25.00 | | 25.00 |
| Postage and handling | 1 | 6.00 | | 6.00 |
| Once we receive your check for the total amount due, we will forward the transcript to you. | | 0.00 | | 0.00 |

| Cuff vs Trans States 10-CV-01349 | | | | |
|---|---|---|---|---|
| | | | Total | $290.70 |
| | | | Payments/Credits | $0.00 |
| | E-mail | | Balance Due | $290.70 |
| | marz1605@aol.com | | | |

# Mueller Reporting, P.C.
Certified Shorthand Reporters
P. O. Box 509
Edwardsville, IL 62025
618-692-9890 Fax: 618-692-9891

EIN# 20-1644667

TO:
Caffarelli & Siegel Ltd.
Mr. Alejandro Caffarelli
Two Prudential Plaza
180 North Stetson, Suite 3150
Chicago, Illinois 60601

November 22, 2010

| | |
|---|---:|
| Deposition of TERRY BASHAM | |
| taken on November 15, 2010 | |
| Original e-trans, 114 p@$2.95 | $336.30 |
| Attendance of reporter | 70.00 |
| | |
| Depositions of CAPTAIN RANDY ZEHNDER, 23 p. | |
| MICHAELA GREEN, 18 p. | |
| taken on November 16, 2010 | |
| E-trans original of each, 41 p@$2.95 | $120.95 |
| Attendance of reporter | 40.00 |
| | $567.25 |

Darren Cuff
vs.  (10 CV 1349)
Trans States Holdings, Inc., et al.

REPORTER: Aimee L. Lingle, CSR, CCR

*Thank you!*

Mr. Alejandro Cattarelli
Caffarelli & Siegel, Ltd.
Two Prudential Plaza
180 North Stetson, Suite 3150
Chicago, IL 60601

Cuff vs. Trans States Holdings

**TERMS**

Due upon receipt

E-TRAN PTX FILE EXPEDITED DEPOSITION OF:
    Eric Christoff, M.D.      87 Pages      230.55
    Exhibits in PDF format    46.00 Pages    23.00

                                                      **TOTAL DUE >>>>**      **253.55**
                                                 AFTER 04/22/2011 PAY    258.62

Transcript and exhibits to be emailed to a.caffarelli@caffarelli.com






"The Lord is my light and my salvation; whom shall I fear? The Lord
is the strength of my life; of whom shall I be afraid?" Psalm 27:1



**TAX ID NO.:** 36-3622864        (312) 540-1230      Fax (312) 540-1231

**Law Firm**
CAFFARELLI & SIEGEL LTD
CHICAGO, IL 60601-6844

**Client**
**Client ID:CUFF**
Enter a Client Name:
Enter Address1:
Enter Address2:
City, State ZIP

### *Westlaw Research Charges through 02/29/2012*

<u>Included Legal Research</u>

| Date | Description | <u>Standard Charge</u> | <u>Client Charge</u> |
|---|---|---|---|
| 3/10/2011 | Westlaw Legal Research | 42.00 USD | 1.26 USD |
| 3/22/2011 | Westlaw Legal Research | 128.00 USD | 3.84 USD |
| 3/29/2011 | Westlaw Legal Research | 463.25 USD | 13.90 USD |
| 3/30/2011 | Westlaw Legal Research | 137.00 USD | 4.11 USD |
| 4/3/2011 | Westlaw Legal Research | 1,403.00 USD | 42.09 USD |
| 4/5/2011 | Westlaw Legal Research | 95.00 USD | 2.85 USD |
| 4/6/2011 | Westlaw Legal Research | 655.00 USD | 19.65 USD |
| 4/8/2011 | Westlaw Legal Research | 512.50 USD | 15.38 USD |
| 4/8/2011 | Westlaw Legal Research | 1,539.49 USD | 46.18 USD |
| 4/18/2011 | Westlaw Legal Research | 95.00 USD | 2.85 USD |
| 4/19/2011 | Westlaw Legal Research | 598.00 USD | 17.94 USD |
| 4/19/2011 | Westlaw Legal Research | 2,411.79 USD | 72.35 USD |
| 5/18/2011 | Westlaw Legal Research | 840.75 USD | 25.22 USD |
| 5/23/2011 | Westlaw Legal Research | 384.25 USD | 11.53 USD |
| 5/24/2011 | Westlaw Legal Research | 728.00 USD | 21.84 USD |
| 5/25/2011 | Westlaw Legal Research | 30.00 USD | 0.90 USD |
| 5/26/2011 | Westlaw Legal Research | 399.00 USD | 11.97 USD |
| 5/26/2011 | Westlaw Legal Research | 7,282.28 USD | 218.47 USD |
| 5/27/2011 | Westlaw Legal Research | 1,482.00 USD | 44.46 USD |
| 5/27/2011 | Westlaw Legal Research | 7,063.74 USD | 211.91 USD |
| 5/31/2011 | Westlaw Legal Research | 615.00 USD | 18.45 USD |
| 6/2/2011 | Westlaw Legal Research | 2,815.76 USD | 84.47 USD |
| 6/3/2011 | Westlaw Legal Research | 3,494.39 USD | 104.83 USD |
| 6/6/2011 | Westlaw Legal Research | 189.00 USD | 5.67 USD |
| 6/7/2011 | Westlaw Legal Research | 399.50 USD | 11.99 USD |
| 6/8/2011 | Westlaw Legal Research | 126.00 USD | 3.78 USD |
| 6/17/2011 | Westlaw Legal Research | 15.00 USD | 0.45 USD |
| 6/20/2011 | Westlaw Legal Research | 455.05 USD | 13.65 USD |
| 9/30/2011 | Westlaw Legal Research | 66.71 USD | 2.00 USD |
| 10/3/2011 | Westlaw Legal Research | 579.00 USD | 17.37 USD |
| 10/4/2011 | Westlaw Legal Research | 483.00 USD | 14.49 USD |
| 10/17/2011 | Westlaw Legal Research | 1,742.13 USD | 52.26 USD |
| 11/16/2011 | Westlaw Legal Research | 225.25 USD | 6.76 USD |
| 12/5/2011 | Westlaw Legal Research | 382.25 USD | 11.47 USD |

| Date | Description | Amount | Charge |
|---|---|---:|---:|
| 12/6/2011 | Westlaw Legal Research | 1,430.00 USD | 42.90 USD |
| 1/4/2012 | Westlaw Legal Research | 511.00 USD | 15.33 USD |
| 2/2/2012 | Westlaw Legal Research | 250.00 USD | 7.50 USD |
| 2/2/2012 | Westlaw Legal Research | 510.00 USD | 15.30 USD |
| 2/8/2012 | Westlaw Legal Research | 1,684.00 USD | 50.52 USD |
| 2/9/2012 | Westlaw Legal Research | 649.00 USD | 19.47 USD |
| 2/13/2012 | Westlaw Legal Research | 52.00 USD | 1.56 USD |
| 2/13/2012 | Westlaw Legal Research | 886.00 USD | 26.58 USD |
| 2/15/2012 | Westlaw Legal Research | 305.00 USD | 9.15 USD |
| 2/24/2012 | Westlaw Legal Research | 988.00 USD | 29.64 USD |
| 2/27/2012 | Westlaw Legal Research | 13.00 USD | 0.39 USD |
| 2/27/2012 | Westlaw Legal Research | 336.00 USD | 10.08 USD |
| 2/28/2012 | Westlaw Legal Research | 440.00 USD | 13.20 USD |

|   |   |
|---|---:|
| Sub-total Included Charges | 1,377.96 USD |

*Excluded Legal Research*                                                       *Client Charge*

|   |   |
|---|---:|
| Sub-total Excluded Charges | 0.00 USD |
| Sub-total research Charges | 1,377.96 USD |
| Tax Charge | 112.20 USD |
| Total Client Charge | 1,490.16 USD |



**CLARITY**
PARTNERS, LLC
TRIAL CONSULTING GROUP

| | |
|---|---|
| **Invoice Date** | **Invoice Number** |
| February 6, 2012 | 51550-001 |

22 W. Washington, Suite 1490
Chicago, IL 60602
(312) 920-0550 Phone
(312) 920-0554 Fax

# INVOICE

| | | | |
|---|---|---|---|
| Name: | Alejandro Caffarelli | Project ID: | CAFF-CuffFocusGroupExercise |
| Company: | Caffarelli & Siegel Ltd. | Project Name: | CAFF v. Cuff et al |
| Street Address: | Two Prudential Plaza, Suite 3150 | Contract Type: | Expenses |
| Street Address: | 180 North Stetson Avenue | Date of Exercise: | January 23, 2012 |
| City, State & Zip: | Chicago, IL 60606-6622 | | |

| Description | Amount |
|---|---:|
| Expenses: | |
| Savitz Recruting for surrogate jurors | $ 1,068.00 |
| Incentives to surrogate jurors | $ 1,350.00 |
| Food for surrogate jurors | $ 235.30 |
| Copies, DVD's, Miscellaneous | $ 150.00 |
| Total Expenses: | $ 2,803.30 |
| Amount Due This Invoice: | $ 2,803.30 |

| | |
|---|---|
| Payment: | Please make checks payable to Clarity Partners, LLC |
| Mail To: | Accounts Receivable |
| | Clarity Partners, LLC |
| | 22 W. Washington, Suite 1490 |
| | Chicago, IL 60602 |
| Terms: | Net 30 days |



Hyatt Regency Chicago
151 East Wacker Drive
Chicago, IL 60601
Tel: 312.565.1234
Fax: 312.239.4414
Web: www.chicagoregency.hyatt.com

**INFORMATION INVOICE**

| | | |
|---|---|---|
| Guest | Weber, Lacy | |
| Payee | Alejandro Caffarelli | |
| | 180 N Stetson, Suite 3150 | |
| | Chicago IL 60601 | |

| | |
|---|---|
| Room No. | 1002 |
| Arrival | 02-28-12 |
| Departure | 02-29-12 |
| Page No. | 1 of 1 |
| Folio Window | 2 |
| Folio | 492362 |
| Invoice | |

Membership
Bonus Code
Confirmation No.   106110701
Group Name

| Date | Description | | | Charges | Credits |
|---|---|---|---|---|---|
| 02-28-12 | Guest Room | | | 129.00 | |
| 02-28-12 | Occupancy Tax | | | 21.14 | |
| 02-29-12 | American Express | XXXXXXXXXXX1011 | XX/XX | | 150.14 |

No frequent traveler account has been credited for this stay. To enroll in Gold Passport, call 1-800-51-HYATT, or visit www.GoldPassport.com.

**Total**   150.14   150.14

**Balance**   0.00

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

Thank you for choosing the Hyatt Regency Chicago.
Our goal is to provide every guest with an exceptional stay and we are interested in your feedback regarding your visit. Comments are welcome to Hyatt at qualitychirc@hyatt.com or 888-565-5586. I accept delivery of The Wall Street Journal M-F (Gold Passport, Concierge, and VIP rooms only). If refused, a refund of $1 will be provided.

Billing Inquiries: NA.CustomerService@hyatt.com

Please remit payment to:
Hyatt Regency Chicago
Lockbox 203899
Houston, TX 77216
FEIN # 94-1649123