UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARREN CUFF, | ) |
|     Plaintiff, | ) No. 10-CV-1349 |
| vs. | ) Judge Leinenweber |
| | ) Magistrate Judge Cole |
| TRANS STATES HOLDINGS, INC., TRANS STATES AIRLINES, GOJET AIRLINES, and ED TROWBRIDGE, individually, | ) |
|     Defendants. | ) |

## NOTICE OF PRESENTMENT OF MOTION

TO:   Bradley Manewith
Alejandro Caffarelli
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 N. Stetson, Suite 3150
Chicago, IL 60601

**PLEASE TAKE NOTICE** that on the 17th day of April, 2012 at 9:30 a.m., or as soon thereafter as counsel may be heard, Defendants' Motion for New Trial will be called up for hearing and disposition before the Hon. Harry D. Leinenweber.

{00142594.1}

Respectfully submitted,

/s/ Leslie E. Cavender
David J.A. Hayes III
Vice President & General Counsel
Trans States Holdings, Inc.
11495 Navaid, Suite 340
Bridgeton, MO 63044
(314) 222-4316 *telephone*
(314) 222-4311 *facsimile*
dhayes@transstates.net

Leslie E. Cavender
Attorney
Trans States Holdings, Inc.
11495 Navaid Road
Bridgeton, MO 63044
(314) 222-4317 *telephone*
(314) 222-4311 *facsimile*
lcavender@transstates.net

Attorneys for Defendants

## CERTIFICATE OF ELECTRONIC SERVICE
*Darren Cuff v. Trans States Holdings, Inc., et al.*
10-CV-01349

I hereby certify that on March 27, 2012, I electronically filed the foregoing **Notice of Presentment of Motion** with the Clerk of the Court for the Northern District of Illinois using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Filing: Alejandro Caffarelli and Bradley Manewith.

I also certify that I have forwarded a paper copy of the foregoing, via standard overnight delivery, to: Judge Leinenweber pursuant to Local Rule 5.2(f).

Dated: March 27, 2012                              Respectfully Submitted,


                                                   */s/: David J.A. Hayes, III*
                                                   _____
                                                   David J.A. Hayes III, IlBar #623129
                                                   Vice President & General Counsel
                                                   Trans States Holdings, Inc.

                                                   Attorney for Defendants