UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARREN CUFF, | |
|       Plaintiff, | **Judge Leinenweber** <br> Magistrate Judge Cole |
| v. | No. 10 CV 01349 |
| TRANS STATES HOLDINGS, INC., TRANS STATES AIRLINES, GOJET AIRLINES, and ED TROWBRIDGE, individually, | |
|       Defendants. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on March 27, 2012, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Plaintiff's Renewed Motion for Judgment as a Matter of Law on Issues Pertaining to the Award of Full Back Pay Damages, copies of which are attached and hereby served upon you, and which will be brought before the Honorable Judge Leinenweber, or any judge sitting in his stead, in the courtroom usually occupied by him in the U.S. District Courthouse, 219 S. Dearborn Street, Chicago, Illinois, on the 17th day of April, 2012, at 9:30 a.m., or as soon thereafter as counsel may be heard.

| | |
|---|---|
| Dated: March 27, 2012 | Respectfully submitted, |
| | |
| Alejandro Caffarelli, #06239078 | DARREN CUFF |
| Bradley Manewith, #06280535 | |
| Caffarelli & Siegel Ltd. | |
| Two Prudential Plaza | |
| 180 North Stetson Ste. 3150 | By: /s/ Alejandro Caffarelli |
| Chicago, IL  60601 |      Attorney for Plaintiff |
| Tel. (312) 540-1230 | |
| Fax (312) 540-1231 | |

**CERTIFICATE OF SERVICE**

   The undersigned, an attorney, hereby certifies that he caused a copy of the attached, **Notice of Plaintiff's Renewed Motion for Judgment as a Matter of Law on Issues Pertaining to the Award of Full Back Pay Damages,** to be served upon the party below by electronically filing with the Clerk of the U.S. District Court of the Northern District of Illinois on March 27, 2012.

David J.A. Hayes, III
Vice President & General Counsel
Trans States Holdings, Inc.
11495 Navaid Road
Bridgeton, MO 63044
Tel. (314) 222-4316
Fax (314) 222-4311
dhayes@transstates.net

A courtesy copy was delivered to the chambers of Judge Leinenweber via hand delivery within 24 hours of e-filing.

            /s/ Alejandro Caffarelli
            Alejandro Caffarelli
            Caffarelli & Siegel Ltd.
            Two Prudential Plaza
            180 N. Stetson, Suite 3150
            Chicago, IL 60601