# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DARREN CUFF, | **Judge Leinenweber** |
| Plaintiff, | Magistrate Judge Cole |
| v. | No. 10 CV 01349 |
| TRANS STATES HOLDINGS, INC., TRANS STATES AIRLINES, GOJET AIRLINES, and ED TROWBRIDGE, individually, | |
| Defendants. | |

## PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND RELATED NON-TAXABLE EXPENSES

Plaintiff Darren Cuff, by and through his attorneys, Caffarelli & Siegel Ltd., and pursuant to 29 U.S.C. § 2617(a)(3), Fed. R. Civ. P. 54, and Local Rule 54.3, respectfully moves this Court to award him $366,218.55 in attorneys' fees and non-taxable expenses.

On February 28, 2012, a federal jury found in favor of Cuff on his claim of interference in violation of the Family and Medical Leave Act, against Defendants Trans States Holdings, Inc., Trans States Airlines, GoJet Airlines, and Ed Trowbridge. Through the instant Motion, Cuff seeks the award of his attorneys' fees and expenses.

In support of this Motion, Cuff submits an accompanying Memorandum of Law with multiple supporting exhibits. For the reasons set forth in the accompanying Memorandum of Law, Cuff seeks $366,218.55 in attorneys' fees and non-taxable expenses.

WHEREFORE, Plaintiff Darren Cuff respectfully requests that this Honorable Court grant his motion for attorneys' fees and related non-taxable expenses, and grant him all other relief deemed just.

Dated: May 25, 2012                                     Respectfully submitted,

Alejandro Caffarelli                                    DARREN CUFF
Bradley Manewith
Caffarelli & Siegel Ltd.
Two Prudential Plaza                                    By: /s/ Alejandro Caffarelli
180 North Stetson Ste. 3150                                  Attorney for Plaintiff
Chicago, IL  60601
Tel. (312) 540-1230
Fax (312) 540-1231

## CERTIFICATE OF SERVICE

  The undersigned, an attorney, hereby certifies that he caused a copy of the attached, **Plaintiff's Motion for Attorneys' Fees and Related Non-Taxable Expenses,** to be served upon the party below by electronically filing with the Clerk of the U.S. District Court of the Northern District of Illinois on May 25, 2012.

David J.A. Hayes, III
Vice President & General Counsel
Trans States Holdings, Inc.
11495 Navaid Road
Bridgeton, MO 63044
Tel. (314) 222-4316
Fax (314) 222-4311
dhayes@transstates.net

A courtesy copy was delivered to the chambers of Judge Leinenweber via hand delivery within 24 hours of e-filing.

                /s/ Alejandro Caffarelli
                Alejandro Caffarelli
                Caffarelli & Siegel Ltd.
                Two Prudential Plaza
                180 N. Stetson, Suite 3150
                Chicago, IL 60601