**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **DARREN CUFF,** | |
|                 **Plaintiff,** | |
|                 v. | Case No. 10 C 1349 |
| **TRANS STATES HOLDINGS, INC., TRANS STATES AIRLINES, GOJET AIRLINES, LLC, and ED TROWBRIDGE, Individually,** | Hon. Harry D. Leinenweber |
|                 **Defendants.** | |

**MEMORANDUM OPINION AND ORDER**

On February 28, 2012, a jury rendered a verdict in favor of Plaintiff in the amount of $28,800. The Court entered judgment on the same date.

On March 27, 2012, Defendants timely moved for a new trial under Federal Rule of Civil Procedure 59, staying the period in which to file a Notice of Appeal. On the same date, Plaintiff moved for prejudgment interest, liquidated damages and equitable damages.

On May 15, 2012, Plaintiff timely moved under Local Rule 54.3(b) for attorneys' fees and related non-taxable expenses. On May 13, 2012, the Court denied the Defendants' Motion for a New Trial; denied Plaintiff's Motion for Judgment as a Matter of Law on back pay; awarded Plaintiff the sum of $2,014.71 in interest on the jury verdict amount; denied Plaintiff's Motion for Liquidated

Damages; awarded Plaintiff the sum of $14,400.00 in front pay; and awarded Plaintiff a reduced Bill of Costs in the amount of $4,332.08.

On June 28, 2012, on Defendants' Motion, the Court stayed the time for appeal pursuant to Rule 58(e) to resolve the question of attorneys' fees.

On September 24, 2012, the Court issued a tentative ruling on issues surrounding attorneys' fees and encouraged the parties to come to a negotiated resolution on fees.

The Court gave Plaintiff fourteen (14) days to refile his Motion for Attorneys' Fees if a resolution could not be reached. That 14-day period has expired with no new Motion for attorneys' fees. The issues of costs and fees having been resolved, the stay of time to appeal is lifted.

Final Judgment is entered. Plaintiff is awarded a total of $49,546.79. Pursuant to Federal Rule of Appellate Procedure 4(a)(1)(A), the parties now have thirty (30) days to file a Notice of Appeal of Final Judgment.

**IT IS SO ORDERED.**

Harry D. Leinenweber, Judge
United States District Court

**DATE:** 10/26/2012