United States District Court for the Northern District of Illinois
Eastern Division
Case No. 10 C 1349

| | |
|---|---|
| DARREN CUFF,<br>    Plaintiff | :<br>:<br>:<br>: |
| v. | :<br>:   Notice of Appeal |
| TRANS STATES HOLDINGS, INC.,<br>TRANS STATES AIRLINES, LLC,<br>GOJET AIRLINES, LLC; and<br>ED TROWBRIDGE,<br>    Defendants | :<br>:<br>:<br>:<br>: |

Notice is hereby given that Trans States Holdings, Inc., Trans States Airlines, LLC, GoJet Airlines, LLC, and Ed Trowbridge, Defendants in the above-named case, hereby Appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 11th day of January, 2013.

Dated: February 4, 2013        Respectfully submitted,

                                                 /s/ David J. A. Hayes III
                                       David J. A. Hayes III
                                       Vice-President & General Counsel
                                       Trans States Holdings, Inc.
                                       11495 Navaid Road
                                       St. Louis, MO 63044
                                       314-222-4316 (Office)
                                       314-222-4311 (Fax)
                                       dhayes@transstates.net
                                       Attorney for Defendants-Appellants

CERTIFICATE OF SERVICE

I hereby certify that I have on **February 4, 2013**, served a true and correct copy of the foregoing via electronic filing upon the following:

Alejandro Caffarelli
Bradley Manewith
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 N. Stetson, Suite 3150
Chicago, IL  60601
Telephone: (312) 540-1230
Facsimile: (312) 540-1231

                                                          /s/ David J. A. Hayes III