FILED
FEB - 5 2013
2-5-13
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DARREN CUFF,

    Plaintiff,

v.

TRANS STATES HOLDINGS, INC.,
TRANS STATES AIRLINES, GOJET
AIRLINES, and ED TROWBRIDGE,
individually,

    Defendants.

Judge Leinenweber
Magistrate Judge Cole

No. 10 CV 01349

## ANSWER TO CITATION TO DISCOVER ASSETS OF ED TROWBRIDGE

**Citation Respondent:** U.S. Bank      **Court Date:** February 19, 2013 at 9:30 a.m.
**Defendant's Name:** Ed Trowbridge      **SS No.:** Unknown    **Case No.** 10 cv 01349
**Judgment Balance:** $373,717.47
**This is a Citation: Freeze up to double the Judgment Balance**

### INTERROGATORIES

1. On the date of service of the citation, did you have in your possession, custody or control any personal property or monies belonging to the judgment debtor? ____ Yes __X__ No

**If the answer is "Yes" go to the next question. If "No" go to the instructions.**

2. Is this an IRA account? Or have <u>all</u> of the deposits made during the past 90 days been electronically deposited and identified as exempt Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension or Retirement or by a source drawing from any other statutory exemptions? ____ Yes ____ No

**If the answer is "Yes" go to the next question. If "No" go to Question No. 4.**

3. Is/are the account(s)' current balance equal to or less than the total of the exempt deposits? ____ Yes ____ No

**If you answered "Yes" to all 3 questions and funds in the account(s) are exempt, do not freeze the funds and go to "Instructions" below.**

4.                                        **ACCOUNT BALANCE**     **AMOUNT WITHHELD**

    a. Savings Account     $_____     $ **No Attachable Accounts**
    b. Check/MMA/Now Account   $_____     $_____
    c. Certificate of Deposit     $_____     $_____
    d. Trust Account/Other     $_____     $_____
       (Describe) _____
    e. Safety Deposit ____ Yes ____ No
    f. Land Trust No. _____
    g. *Less* Right of Offset for Loans                              $_____
                                **TOTAL AMOUNT FROZEN**   $_____

5. List all electronic deposits into account(s) and their source(s) except deposits:

**Account Number**                    **Source**                    **Monthly Amount**

_____     _____     $_____
_____     _____     $_____
_____     _____     $_____

6. List all joint account holders or adverse claimants:

Name _____   Name _____   Name _____
Address _____   Address _____   Address _____

Account Type _____   Account Type _____   Account Type _____
Account No. _____   Account No. _____   Account No. _____

**INSTRUCTIONS**

(1.) Fill out and sign the certification below. (2.) This Answer must be received at least three (3) days before the court date to assure timely processing. (3.) Fax or mail a copy of this Answer to (i) the Court (ii) Plaintiff's attorney, and (iii) Judgment Debtor. (4.) You will receive a copy of a Court Order instructing you how to proceed and where to send any withheld funds.

**CERTIFICATION**

Under the penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct and that I have mailed this Answer to Defendant(s).

Date: 1/30/2013     US BANK / Garnishment Dept.
                              PD-OR-C2GN
Respondent's Name: _____   P.O. BOX 30869
Address: _____   PORTLAND, OR 97294
Telephone: _____   877-247-9468 ph
Fax: _____   503-401-1488 or 1489 fx

                         **Tamara Wood**
Print Agent Name: ____**877-247-9468**____ Agent's Signature: _____

*If you require copies of customer records Please contact our Legal Documents area at 612-303-7896*