## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DARREN CUFF, | |
| Plaintiff, | Judge Leinenweber<br>Magistrate Judge Cole |
| v. | No. 10 CV 01349 |
| TRANS STATES HOLDINGS, INC.,<br>TRANS STATES AIRLINES, GOJET<br>AIRLINES, and ED TROWBRIDGE,<br>individually, | |
| Defendants. | |

## <u>SATISFACTION OF JUDGMENT</u>

Final judgment was entered in the above captioned case on January 11, 2013 in favor of Plaintiff, Darren Cuff, and against Defendants, Trans States Holdings, Inc., Trans States Airlines, GoJet Airlines, and Ed Trowbridge, individually, in the amount of $373,717.47, including attorneys' fees and costs. On September 19, 2014 the United States Court of Appeals for the Seventh Circuit affirmed the judgment of the District Court with costs.

The Final Judgment, including attorneys' fees and costs, has been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of the Final Judgment is acknowledged, and the Clerk of the Court is authorized and directed to make an entry of the full and complete satisfaction on the docket of the Final Judgment.

Dated: October 16, 2014              Respectfully submitted,

Alejandro Caffarelli, #06239078      DARREN CUFF
Bradley Manewith, #06280535
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 North Stetson Ste. 3150         By: /s/ Bradley Manewith
Chicago, IL  60601                 Attorneys for Plaintiff
Tel. (312) 540-1230
Fax (312) 540-1231

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of the attached, **Satisfaction of Judgment**, to be served upon the parties below by electronically filing with the Clerk of the U.S. District Court of the Northern District of Illinois on October 16, 2014.

David J.A. Hayes, III
Leslie Cavender
Trans States Holdings, Inc.
11495 Navaid Road
Bridgeton, MO 63044
Tel. (314) 222-4316
Fax (314) 222-4311

A courtesy copy was delivered to the chambers of Judge Leinenweber via hand delivery within 24 hours of e-filing.

/s/ Bradley Manewith
Bradley Manewith
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 N. Stetson, Suite 3150
Chicago, IL 60601